NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1274, -1275

DIAMOND SAWBLADES MANUFACTURERS COALITION,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellee,

v.

SAINT GOBAIN ABRASIVES, INC.,

Defendant-Appellant,

and

EHWA DIAMOND INDUSTRIAL CO., LTD.,

Defendant-Appellant,

and

SHINHAN DIAMOND INDUSTRIAL CO., LTD.,

Defendant.

Appeal from the United States Court of International Trade
in case no. 06-00247, Senior Judge R. Kenton Musgrave.

ON MOTION

Before LOURIE, Circuit Judge.

## ORDER

Saint-Gobain Abrasives, Inc. and Ehwa Diamond Industrial Co., Ltd. (Saint-Gobain) move for a 21-day extension of time, until December 3, 2009, to file their reply

briefs. Saint-Gobain states that the United States consents and the Diamond Sawblades Manufacturers Coalition opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Daniel B. Pickard, Esq.
     J. David Park, Esq.
     Lynn M. Fischer Fox, Esq.
     Charles A. St. Charles, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 0 2009

JAN HORBALY
CLERK